# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2031
_____

RODERICK DELANO JONES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.


January 15, 2026

PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roderick Delano Jones, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.